UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | * * * |
| PLAINTIFF, | CIVIL ACTION NO.: 3:20-cv-00871 * * |
| VERSUS | * * |
| THE SHAW GROUP, INC. | * JURY TRIAL REQUESTED * |
| DEFENDANT | * * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## LIBERTY MUTUAL FIRE INSURANCE COMPANY'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Plaintiff, Liberty Mutual Fire Insurance Company ("Liberty"), through undersigned counsel, hereby moves to dismiss to the counterclaim filed by The Shaw Group Inc., n/k/a CB&I Group Inc. ("Shaw") pursuant to Federal Rule of Civil Procedure 12(b)(6). As more fully explained in the attached memorandum, Shaw's counterclaims for breach of contract, insurance bad faith, and unjust enrichment—arising out of an underlying mercury exposure lawsuit—are baseless (if not sanctionable).

*First*, an underlying settlement agreement between Shaw, Liberty and other insurers resolved and released all claims Shaw could have related to insurance coverage, save the claim asserted by Liberty in this suit for recovery of the deductible. *Second*, and notwithstanding Shaw's explicit release of claims for "bad faith," Shaw has not and cannot allege a bad faith claim based upon Liberty enforcing terms of its policies or any other actions. *Third*, the plain language of Liberty's Policies foreclose Shaw's unjust enrichment claim against Liberty as a matter of law,

even if Shaw's claim fell outside the release—which it does not.[1]  Liberty's motion should be granted and Shaw's counterclaim should be dismissed with prejudice.

WHEREFORE, Liberty Mutual Fire Insurance Company respectfully requests that its motion be granted, and that Shaw's counterclaims be and hereby are dismissed with prejudice.

Respectfully submitted,

*/s/Laurence D. LeSueur, Jr.*
Judy Y. Barrasso, LA 2814
Laurence D. LeSueur, Jr., LA 35206
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
jbarrasso@barrassousdin.com
llesueur@barrassousdin.com

{1787871_1}

---

[1] As more fully explained in the attached memorandum, these documents—the insurance policies and the settlement agreement—are appropriately considered because they are referenced in the parties' pleadings and form the basis of Shaw's claims.