United States District Court
Louisiana Middle District
Exhibits Log: 20cv00871-JWD-RLB Motion Hearing
Liberty Mutual Fire Insurance Company v. The Shaw Group, Inc. MotionHearing, 3/23/2023

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-1 | Letter to Tim Madden dated 06-06-2022 | No |
| Pla-2 | Email from Jack Jurgens dated 6-16-2022 | No |
| Pla-3 | Email to Jack Jurgens dated 5-25-2022 | No |
| Pla-4 | Email to Jack Jurgens dated 08-19-2022 | No |